**Mark PRENDERGAST, Elizabeth Prendergast, Plaintiffs/Appellants,**

v.

**ALLIANCE GENERAL INSURANCE COMPANY, Defendant/Respondent.**

No. 73790.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1998.

Leritz, Plunkert & Bruning, P.C., James C. Leritz, St. Louis, for plaintiffs/appellants.

Armstrong, Teasdale, Schlafly & Davis, Thomas L. Orris, Jeffrey T. McPherson, Lisa

A. Larkin, St. Louis, for defendant/respondent.

Before PUDLOWSKI, P.J, and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Mark Prendergast and Elizabeth Prendergast appeal from summary judgment entered in favor of Alliance General Insurance Company on an underlying judgment from an assault and battery. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. No jurisprudentially purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).